NUMBER 13-09-00391-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________
 
KENDRA KYLIE MOTT,                                                                  Appellant,

v.

THE STATE OF TEXAS,                                                                 Appellee.
____________________________________________________________

On appeal from the 252nd District Court
of Jefferson County, Texas.
____________________________________________________________
 
MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Vela
Memorandum Opinion Per Curiam

          Appellant, Kendra Kylie Mott, by and through her attorney, has filed a motion to
dismiss her appeal because she no longer desires to prosecute it. See Tex. R. App. P.
42.2(a). Without passing on the merits of the case, we grant the motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. 
 
 
Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.
                                                                                      PER CURIAM
 
Do not publish. 
See Tex. R. App. P. 47.2(b). 
Delivered and filed the
4th day of February, 2010.